FILED: November 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2049
(1:12-cv-00462-GLR)

_____

RONALD F. HURLEY; BONNIE HURLEY, and Ronald P. Hurley, As Husband and Wife

    Plaintiffs - Appellants

v.

CBS CORPORATION, f/k/a Westinghouse; GENERAL ELECTRIC COMPANY; MCIC, f/k/a McCormick Asbestos Co.; OWENS-ILLINOIS GLASS CO., f/k/a Owens-Illinois, Inc.; PARAMOUNT PACKING & RUBBER CO.; PHELPS PACKING & RUBBER CO.; WALLACE & GALE ASBESTOS SETTLEMENT TRUST, Successor to the Wallace & Gale Company; S. B. DECKING, INC.

    Defendants - Appellees

 and

ALLTITE GASKETS; ANCHOR PACKING COMPANY; A.W. CHESTERTON COMPANY; BAYER CROPSCIENCE, INC., Individually and as Successor In Interest to Benjamin Foster Co., Amchem Products, Inc. H.B. Fuller Co., Aventis CropScience USA, Inc. Rhone-Poulenc AG Company, Inc. Rhone-Poulenc Inc. and Rhodia, Inc.; BONDEX INTERNATIONAL, INC.; CERTAINTEED CORPORATION, Individually and as Successor to Bestwall Gypsum Co.; CONWED CORPORATION; COOPER INDUSTRIES, INC., Individually and as Successors in Interest to Crouse Hinds Co.; CROKER & STALLLINGS, INC.; DELAVAL, INC.; DURABLA MANUFACTURING COMPANY; E.L. STEBBING & COMPANY, INC.; FLINTKOTE COMPANY; FOSTER WHEELER CORPORATION; FOSTER WHEELER ENERGY CORPORATION;

GEORGIA PACIFIC, INC.; GREENE TWEED & COMPANY, Individually and as Successor in Interest to Palmetto, Inc.; HAMPSHIRE INDUSTRIES, INCORPORATED, f/k/a John H. Hampshire Co.; H.B. FULLER COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster; HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal, Inc., Successor in Interest to the Bendix Corporation; HOPEMAN BROTHERS, INC.; INTERNATIONAL PAPER, Individually and as Successor to in Interest to Champion International Corporation and U.S. Plywood Corp.; J.E. STEIGERWALD COMPANY, INC.; JOHN CRANE-HOUDAILLE, INC., f/k/a Crane Packing Company; KAISER GYPSUM COMPANY, INC.; LOFTON CORPORATION, As Successor-in-Interest to Wayne Manufacturing Corporation and Hopeman Manufacturing Corporation; MELRATH GASKET, INC.; METROPOLITAN LIFE INSURANCE CO.; ON MARINE SERVICES COMPANY, formerly Oglebay Norton Company; PFIZER CORPORATION; RPM, INCORPORATED, Individually as Successor In Interest to and/or alter ego of The Reardon Company and Bondex International; SELBY, BATTERSBY & COMPANY, a/k/a Quaker Chemical Corporation; SQUARE D COMPANY; UNIROYAL, INCORPORATED; UNION CARBIDE CORPORATION; UNIVERSAL REFRACTORIES COMPANY; WARREN PUMPS, INC.; WAYNE MANUFACTURING CORPORATION; WORTHINGTON PUMP, INC., f/k/a Dresser Pump Division; THE GOODYEAR TIRE & RUBBER CO.; ALFA LAVAL, INC.; FOSECO, INC.

   Defendants

and

CROWN CORK & SEAL USA, INC.

   Third Party Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 01/07/2015

Opening brief due: 01/07/2015

Response brief due: 02/09/2015

Any reply brief: 14 days from service of response brief.

The motion to exceed the length limitations is denied without prejudice to refiling the motion, if necessary, following the anticipated consolidation of the two cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk