FILED: August 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2049
(1:12-cv-00462-GLR)

_____

RONALD F. HURLEY; BONNIE HURLEY, and Ronald P. Hurley, As Husband and Wife

        Plaintiffs - Appellants

v.

CBS CORPORATION, f/k/a Westinghouse; GENERAL ELECTRIC COMPANY; MCIC, f/k/a McCormick Asbestos Co.; OWENS-ILLINOIS GLASS CO., f/k/a Owens-Illinois, Inc.; PARAMOUNT PACKING & RUBBER CO.; PHELPS PACKING & RUBBER CO.; WALLACE & GALE ASBESTOS SETTLEMENT TRUST, Successor to the Wallace & Gale Company; S. B. DECKING, INC.

        Defendants - Appellees

 and

ALLTITE GASKETS; ANCHOR PACKING COMPANY; A.W. CHESTERTON COMPANY; BAYER CROPSCIENCE, INC., Individually and as Successor In Interest to Benjamin Foster Co., Amchem Products, Inc. H.B. Fuller Co., Aventis CropScience USA, Inc. Rhone-Poulenc AG Company, Inc. Rhone-Poulenc Inc. and Rhodia, Inc.; BONDEX INTERNATIONAL, INC.; CERTAINTEED CORPORATION, Individually and as Successor to Bestwall Gypsum Co.; CONWED CORPORATION; COOPER INDUSTRIES, INC., Individually and as Successors in Interest to Crouse Hinds Co.; CROKER & STALLLINGS, INC.; DELAVAL, INC.; DURABLA MANUFACTURING COMPANY; E.L. STEBBING & COMPANY, INC.; FLINTKOTE COMPANY; FOSTER WHEELER CORPORATION; FOSTER WHEELER ENERGY CORPORATION; GEORGIA PACIFIC, INC.; GREENE TWEED & COMPANY, Individually and as Successor in

Interest to Palmetto, Inc.; HAMPSHIRE INDUSTRIES, INCORPORATED, f/k/a John H. Hampshire Co.; H.B. FULLER COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster; HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal, Inc., Successor in Interest to the Bendix Corporation; HOPEMAN BROTHERS, INC.; INTERNATIONAL PAPER, Individually and as Successor to in Interest to Champion International Corporation and U.S. Plywood Corp.; J.E. STEIGERWALD COMPANY, INC.; JOHN CRANE-HOUDAILLE, INC., f/k/a Crane Packing Company; KAISER GYPSUM COMPANY, INC.; LOFTON CORPORATION, As Successor-in-Interest to Wayne Manufacturing Corporation and Hopeman Manufacturing Corporation; MELRATH GASKET, INC.; METROPOLITAN LIFE INSURANCE CO.; ON MARINE SERVICES COMPANY, formerly Oglebay Norton Company; PFIZER CORPORATION; RPM, INCORPORATED, Individually as Successor In Interest to and/or alter ego of The Reardon Company and Bondex International; SELBY, BATTERSBY & COMPANY, a/k/a Quaker Chemical Corporation; SQUARE D COMPANY; UNIROYAL, INCORPORATED; UNION CARBIDE CORPORATION; UNIVERSAL REFRACTORIES COMPANY; WARREN PUMPS, INC.; WAYNE MANUFACTURING CORPORATION; WORTHINGTON PUMP, INC., f/k/a Dresser Pump Division; THE GOODYEAR TIRE & RUBBER CO.; ALFA LAVAL, INC.; FOSECO, INC.

   Defendants

and

CROWN CORK & SEAL USA, INC.

   Third Party Defendant

_____

O R D E R

_____

 The court grants an extension of the briefing schedule as follows:

 Response brief due: 09/10/2015

 Any reply brief: 14 days from service of response brief.

       For the Court--By Direction

       <u>/s/ Patricia S. Connor, Clerk</u>