IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **Ronald F. Hurley, et al.,** Plaintiffs—Appellants, vs. **CBS Corporation, et al.,** Defendants—Appellees. | No. 14-2049(L) |

**OWENS-ILLINOIS, INC.'S MOTION
TO EXTEND BRIEFING DEADLINES**

1. Pursuant to Local Rule 31(c), Owens-Illinois respectfully asks this Court to extend the Appellees' filing deadline for their joint response brief from September 10, 2015 until October 9, 2015. Appellants oppose this motion unless the Court extends their reply deadline from the standard 14 days to 30 days, until November 9, 2015. Counsel for Owens-Illinois conferred with Appellants' counsel and counsel responsible for drafting the Appellees' joint brief regarding these dates; the parties selected them to accommodate scheduling issues.

2. Pending before the Court are Owens-Illinois's Motion to Strike Appellants' Second Corrected Brief [ECF 132] and Appellants' Second

Motion to Take Judicial Notice [ECF 138-1]. The outcome of these motions will determine what briefing and evidence the Appellees' joint brief must address. Because these motions were pending and undecided a week before the Appellees July and August response dates, the Court previously extended the deadlines [ECF 159 and 165].

3. Appellees' response date, taking into account the impending holiday weekend, is again one week away and both motions remain pending. Owens-Illinois therefore requests that the Court extend the deadlines to allow for adequate briefing time after the Court decides both motions.

>
> Respectfully submitted,
>
> */s/ Randolph L. Burns*
> Randolph L. Burns
> **THE BURNS LAW FIRM, P.C.**
> 6501 Linway Terr.
> McLean, VA 22101
> 888-749-3330
> 888-749-5777 (fax)
> E-Mail: randy@burns-lawfirm.com
>
> *Attorneys for Appellee*
> *Owens-Illinois, Inc.*

## LOCAL RULE 27(A) CERTIFICATE

On September 1, 2015, I conferenced with Appellants' counsel, John Amato, who indicated that he opposes the relief sought in this motion unless Appellants' response deadline for their reply brief is extended from the standard 14 days to 30 days, until at least November 9, 2015.

## CERTIFICATE OF SERVICE

I certify that a true and copy of this document was served on all counsel of record via the CF/ECF filing system on September 1, 2015.

<em>/s/Randolph L. Burns</em><br>
Randolph L. Burns

MOTION TO EXTEND BRIEFING DEADLINE